UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------
Allen Anderson,

         Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　**ORDER**

American Entertainment Distributors, Inc.,　　CV-04-2827(FB)(CP)
         Defendants.
---------------------------------------

        On August 8, 2005 the plaintiff's filed a status report pursuant to an order issued by Magistrate Judge Pollak dated July 15, 2005. The plaintiff's informed the Court that there is a related action pending in the Southern District of Florida, *FTC v. American Entertainment Distributors, Inc.*, whereby the Federal Trade Commission obtained a court order staying all actions against American Entertainment Distributors, Inc. which remains in effect. Also all the parties in the Florida action entered into a stipulation for a preliminary injunction pending prosecution of the case. Accordingly it is

        HEREBY ORDERED that this action is administratively closed without prejudice to re-open once the stay in the Florida action is lifted. Counsel shall notify this court once the stay in the Florida action is lifted if they still wish to pursue the claims in this case.

        SO ORDERED.

        _____
        UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        August 9, 2005

CC.; Anthony Vaughn, Esq.
    Anthony Rainone, Esq.